UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:25-cv-80761-MIDDLEBROOKS/Matthewman

DAVID MANCHESTER,

    *Plaintiff*,

v.

ENDURANCE ASSURANCE
CORPORATION,

    *Defendant.*

_____/

**DEFENDANT'S NOTICE OF RELATED ACTION**

    Defendant Endurance Assurance Corporation, pursuant to S.D. Fla. L.R. 3.8 section 2.15.00 of the Internal Operating Procedures of the United States District Court of the Southern District of Florida, provides this notice of the pendency of a related case to this action:

    1.    On June 30, 2025, Amanda Zachman filed a lawsuit against Markel American Insurance Company and Houston Specialty Insurance Company in this division of the United States District Court of the Southern District of Florida, which has been assigned to the Hon. Donald M. Middlebrooks and has been docketed as Case No. 9:25-cv-80826-DMM.

Dated: July 21, 2025

By:   */s/ Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Graciana M. Zevallos (FBN 1019160)
gzevallos@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Avenue, Ste. 1200
Miami, Florida 33136-4118
Telephone: 305-530-0050

*Attorneys for Defendant Endurance Assurance Corporation*