UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 2025-CV-80761-DMM

DAVID MANCHESTER, *et al.*,

    Plaintiffs,

v.

ENDURANCE ASSURANCE CORPORATION,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, David Manchester and Amanda Zachman ("Plaintiffs") and Defendant, Endurance Assurance Corporation ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby submit this Joint Stipulation for Dismissal of All Claims with Prejudice, with each of the parties to bear their own attorneys' fees and costs.[1]

Jointly Submitted: January 5, 2026

By: *s/ Jeffrey M. Glotzer*
Jeffrey M. Glotzer (FBN 184489)
Email: jeff@frascona.com
Jordan C. May (Admitted PHV)
Email: jordan@frascona.com
Frascona, Joiner, Goodman &
Greenstein, P.C.
4750 Table Mesa Drive
Boulder, CO 80305
Telephone: (305) 900-4653
*Attorneys for Plaintiffs*

By: *s/ Aaron S. Weiss*
Steven J. Brodie (FBN 333069)
Email: sbrodie@carltonfields.com
Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Graciana M. Zevallos (FBN 1019160)
Email: gzevallos@carltonfields.com
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: (305) 530-0050
*Attorneys for Defendant*

---

[1] The parties understand that "[p]ursuant to Rule 41(a)(1)(A)(ii), th[is] Stipulation of Dismissal [which] signed by all parties who have appeared, is self-executing and dismisses the case 'effective immediately upon filing'" *Cross Country Healthcare, Inc. v. Feldenheimer*, 2023 WL 11952404, at *1 (S.D. Fla. Sept. 18, 2023) (citing *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). However, to the extent that such an order is necessary, the parties request that the Court approve this Stipulation and enter an Order of Dismissal of this action.